IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF  DIVISION

PHILLIP DEWAYNE STEWART,
ADC #151956                                                                                          PLAINTIFF

V.                              5:16-CV-00052 BRW/BD

PAMELA ARMOSTER                                                                          DEFENDANT

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere.  After careful review of the Recommendation, Mr. Stewart's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Stewart's equal-protection claim against Defendant Armoster is DISMISSED, without prejudice.

IT IS SO ORDERED, this 19th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE