IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART                                    PLAINTIFF
ADC# 151956

V.                    CASE NO. 5:16-CV-52-BRW-BD

PAMELA ARMOSTER                                            DEFENDANT

RECOMMENDED DISPOSITION

I.  **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

II. **Discussion:**

On February 22, 2016, Plaintiff Phillip Dewayne Stewart, an Arkansas Department of Correction ("ADC") inmate, filed this action without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)  Mr. Stewart also moved to proceed *in forma pauperis* ("IFP"). (#1)  Because of his litigation history, however, Mr. Stewart is not eligible for IFP status in federal court absent an allegation that he is in imminent danger of serious

physical injury.[1] Here, Mr. Stewart did not plead facts alleging that he was in imminent danger of serious physical injury, so his motion to proceed IFP was revoked. (#15)

The Court allowed Mr. Stewart thirty days to pay the $400 filing fee in order to proceed with this lawsuit. (#15) Mr. Stewart was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice. To date, Mr. Stewart has not paid the filing fee, as required in the Court's June 6, 2016 Order, and the time for doing so has passed.

**III. Conclusion:**

The Court recommends that Mr. Stewart's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's June 6, 2016 Order requiring him to pay the filing fee.

IT IS SO ORDERED, this 26th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" against Mr. Nichols for purposes of determining eligibility for IFP status: *Nichols v. Hobbs*, E.D. Ark. Case No. 5:12cv00302-SWW (dismissed Jan. 16, 2013); *Nichols v. State of Arkansas*, W.D. Ark. Case No. 5:11cv005282-JLH (dismissed March 26, 2012); *Nichols v. Schrantz,* et al., 5:03cv05286-JLH (dismissed Feb. 13, 2004).