IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PHILLIP DEWAYNE STEWART                                                        PLAINTIFF
ADC# 151956

VS.                            5:16-CV-0052 BRW/BD

PAMELA ARMOSTER                                                                 DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Phillip Dewayne Stewart's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Stewart's complaint is DISMISSED without prejudice.

IT IS SO ORDERED, this 10th day of August, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE