# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PHILLIP DEWAYNE STEWART**                                                          **PLAINTIFF**
**ADC# 151956**

**V.**                    **CASE NO. 5:16-CV-0052 BRW/BD**

**PAMELA ARMOSTER**                                                            **DEFENDANT**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED, this 10th day of August, 2016.

                                                         /s/ Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE